**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| YOVANI NOE SILVA GUTIERREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, IAH SECURE ADULT DETENTION FACILITY, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 9:26-cv-945-JDK |

## ORDER TO SHOW CAUSE

Pursuant to Federal Rule of Civil Procedure 11(c), Local Rule AT-2(d)(1), and the Court's inherent power to regulate a party's conduct in a case before it, Gregory J. Finney is hereby **ORDERED** to appear and show cause why he should not be sanctioned and/or appropriately disciplined for conduct unbecoming of a member of the bar, including violating Texas Disciplinary Rule of Professional Conduct 3.01 by repeatedly filing habeas petitions that are meritless. By the Court's count, Mr. Finney has filed at least nine petitions in this Court since May 27, 2026, all of which (except three that remain pending) have been denied or otherwise determined to be without merit.[1]

---

[1] *Mejia v. Warden*, 9:26-cv-00378 (E.D. Tex. May 27, 2026); *Vasquez v. Sanchez*, 9:26-cv-00566 (E.D. Tex. July 30, 2026); *Barrera v. Warden*, 9:26-cv-00568 (E.D. Tex. July 30, 2026); *Santos-Rivera v. Warden*, 9:26-cv-00663 (E.D. Tex. Aug. 24, 2026); *Castellanos v. Warden*, 9:26-cv-00834 (E.D. Tex. Oct. 1, 2026); *Castellanos v. Warden*, 9:26-cv-00835 (E.D. Tex. Oct. 1, 2026); *Zavala v. Warden*, 9:26-cv-00851 (E.D. Tex. Oct. 12, 2026); *Tavera v. Warden*, 9:26-cv-00939 (E.D. Tex. Oct. 22, 2026); *Gutierrez v. Warden*, 9:26-cv-00945 (E.D. Tex. Oct. 23, 2026).

This show cause hearing is scheduled for **Thursday, November 12, 2026, at 11:30 a.m.** in the **William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Room 106, Tyler, Texas 75702**.

So **ORDERED** and **SIGNED** this **29th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE